## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No.1:25-cv-02694-RMR-STV

ARROW ELECTRONICS, INC., a New York
Corporation,

      Plaintiff,

v.

XANTHON, LLC a Missouri Limited Liability Company
F/K/A LABYRINTH INDUSTRIAL, LLC, et. al.

      Defendants.

## UNOPPOSED MOTION FOR OUT-OF-STATE COUNSEL TO APPEAR VIRTUALLY AT MOTION HEARING ON FEBRUARY 3, 2026

Defendant Xanthon, LLC f/k/a Labyrinth Industrial LLC ("Xanthon") by and through undersigned counsel, José A. Castro of Spencer Fane LLP and Michael P. Herrmann of McCarthy, Leonard & Kaemmerer, LC, respectfully requests permission from the Court for Mr. Herrmann to appear virtually at the Hearing on Motion to Withdraw as Counsel ("Motion Hearing") currently scheduled for Tuesday, February 3, 2026, at 11:15 a.m. In support thereof, undersigned states:

1.      Undersigned counsel has conferred with counsel for Plaintiff, who do not oppose this Motion.

2.      Counsel for Xanthon, Michael P. Herrmann of McCarthy, Leonard & Kaemmerer, LC, is in Missouri and an in-person appearance would impose unnecessary cost and expense associated with travel to Colorado to appear at the Motion Hearing. This is especially true given Xanthon's current failures to fulfill obligations to Undersigned Counsel regarding their services.

3.      Mr. Herrmann will be fully able to participate meaningfully in the Motion Hearing by telephone or video conference, and such appearance will not prejudice any party or impede the efficient administration of the Motion Hearing.

4.      Xanthon's local counsel, José A. Castro of Spencer Fane LLP, plans to attend the Motion Hearing in-person.

WHEREFORE, Defendant Xanthon respectfully requests that this Court grant this Motion and allow Mr. Herrmann to participate in the Motion Hearing virtually on February 3, 2026.

Respectfully submitted this 30th day of January, 2026.

**SPENCER FANE LLP**

*/s/ José A. Castro*
José A. Castro, #57027
Spencer Fane, LLP
1700 Lincoln Street, Suite 2000
Denver, CO  80203
Phone: (303) 839-3800
Fax: (303) 839-3838
Email: jcastro@spencerfane.com

McCARTHY, LEONARD & KAEMMERER, LC

*/s/ Michael P. Herrmann*
Michael P. Herrmann, Missouri Bar #69130
mherrmann@mlklaw.com
825 Maryville Centre Drive, Suite 300
Town & Country, MO 63017-5946
(314) 392-5200
(314) 392-5221 (Fax)

*Attorneys for Defendant Xanthon, LLC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of January, 2026, a true and correct copy of the foregoing was served via the Court's E-filing system, email, or U.S. Mail, postage prepaid, upon all parties or counsel of record.

*/s/ Daniel Zhou*
Daniel Zhou, Legal Assistant